IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEVON MD, LLC** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **DOUBLE MEDICAL** | : | |
| **INTERNATIONAL (HONG KONG)** | : | |
| **LIMITED AND DOUBLE MEDICAL** | : | |
| **TECHNOLOGY, INC.** | : | **NO. 23-2791** |

## ORDER

This 6th day of December, 2023, it is hereby **ORDERED** that Defendant Double Medical Technology, Inc.'s Motion to Dismiss, ECF 7, is **DENIED**.

                                                /s/ Gerald Austin McHugh
                                                United States District Judge